IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02665-REB-KLM

QUALMARK CORPORATION, and
QUALMARK LING CORPORATION, both Colorado corporations,

    Plaintiffs,

v.

DATA PHYSICS CORPORATION, a California corporation,

    Defendant.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court Defendant's Unopposed Motion to Amend Answer and Assert Counterclaims [Docket No. 48; Filed June 27, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court accepts the Amended Answer and Counterclaims of Data Physics Corporation [Docket No. 49-6] for filing as of the date of this Minute Order.

    Dated: June 30, 2008