IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-02665-CMA-KLM

QUALMARK CORPORATION, and
QUALMARK LING CORPORATION, both Colorado corporations,

    Plaintiffs,

v.

DATA PHYSICS CORPORATION, a California corporation,

    Defendant.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

---

Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant's Motion *in Limine* to Exclude Testimony (Doc. #62) is GRANTED. Plaintiffs shall have to and including December 24, 2008 within which to respond to Defendant's Motion *in Limine* to Exclude Testimony (Doc. # 57).

    DATED: December 22, 2008

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge