IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02665-CMA-KLM

QUALMARK CORPORATION, and
QUALMARK LING CORPORATION, both Colorado corporations,

Plaintiffs,

v.

DATA PHYSICS CORPORATION, a California corporation,

Defendant.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court *sua sponte*. The parties have informed the Court that they have reached a settlement that fully resolves the claims at issue in the above-captioned case. The parties request additional time to consummate the settlement. Accordingly,

IT IS HEREBY **ORDERED** that on or before **June 30, 2009**, the parties shall file a Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER **ORDERED** that the deadlines set in this case via Scheduling Order entered on April 16, 2008 [Docket No. 26] and Order dated November 26, 2008 [Docket No. 59] are **vacated**.

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for February 26, 2009 is **vacated**.

IT IS FURTHER **ORDERED** that the Trial Preparation Conference set for March 6, 2009 and the jury trial set to commence on March 23, 2009 are **vacated**.

IT IS FURTHER **ORDERED** that Plaintiffs' **Motion to Compel** [Docket No. 63] and **Motion for Leave to File Rebuttal/Supplemental Expert Report** [Docket No. 66] are **DENIED as moot**.

Dated: January 5, 2009